FILED
Western District of Washington
at Tacoma

JUL 0 3 2025

GINA ZADRA WALTON, CLERK
OF THE BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| Victoria Ann Neeley, | ) ) ) | Bankruptcy Case: 25 - 41596 |
| Debtor | ) ) | |
| Victoria Ann Neeley, | ) ) | Honorable: |
| Plaintiff | ) ) | |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) ) | |
| Defendant | ) | |

### Complaint to Determine Dischargeability of Student Loan

1. I, Victoria Ann Neeley, bring this action, pro se, for the discharge of my federal student loan debt under the "undue hardship" provision set out in 11 U.S.C. $523(a)(8).

2. I filed a Chapter 7 Bankruptcy. This Court thus has jurisdiction over this action under 28 U.S.C. §1334. This proceeding is a core proceeding. I consent to the entry of final orders of judgment by the Bankruptcy Court in this matter.

3. These student loans, in their original amounts of $7000, $6099, $4586, and $3277, were incurred to pay tuition at Ottawa University - Phoenix to obtain a degree in PSYCHOLOGY, Ottawa University to obtain a degree in PSYCHOLOGY, Central Oregon Community College to obtain a degree in PSYCHOLOGY, and Portland Community College to obtain a degree in PSYCHOLOGY. I did not complete the degree in PSYCHOLOGY at Portland Community College. I withdrew from the PSYCHOLOGY program at Portland Community College.

4. My income is insufficient to meet my basic living expenses and pay back my student loan debt, as shown on Schedules I and J filed in this case.

5. **Future Inability to Repay Student Loans:**

The court should presume that I will remain unable to repay my student loan debt in accordance with the presumption of hardship criteria outlined on page 9, section B of the "Departmental Guidance Regarding Student Loan Bankruptcy Litigation." This presumption is based on my experience of the hardships listed below.

I. I have failed to obtain a degree for which the loan(s) were procured (Student Loan Discharge Guidance IV.B.4)

II. I have been unemployed for at least five of the last ten years despite efforts to obtain employment (Student Loan Discharge Guidance IV.B.3)

III. I am not currently employed.

V. I have a disability or chronic injury impacting my income potential (Student Loan Discharge Guidance IV.B.2)

1. I suffer from Bipolar Disorder, PTSD, severe depression, and migraines. I am unable to focus, am extremely anxious all the time, and often times in pain. As a result I am unable to maintain full time employment and often times cannot complete normal day to day tasks such as grooming or even getting out of bed. I receive Social Security Disability payments as my sole income.

VI. I have been unable to find employment in my field of study.

6. I have demonstrated good faith with regard to repayment of my student loan debt.

I. I have made payments totaling $680.31 on the loan identified as "DIRECT STAFFORD UNSUBSIDIZED - Ottawa University - *****9898U11G01937002." The loan identified as "DIRECT STAFFORD UNSUBSIDIZED - Ottawa University - *****9898U11G01937002" was in forbearance for 90 months.

I have made payments totaling $570.4 on the loan identified as "DIRECT STAFFORD UNSUBSIDIZED - Ottawa University - *****9898U11G01937003." The loan identified as "DIRECT STAFFORD UNSUBSIDIZED - Ottawa University - *****9898U11G01937003" was in forbearance for 90 months.

I have made payments totaling $263.49 on the loan identified as "DIRECT STAFFORD SUBSIDIZED - Ottawa University - *****9898S11G01937002." The loan identified as "DIRECT STAFFORD SUBSIDIZED - Ottawa University - *****9898S11G01937002" was in forbearance

for 90 months.

I have made payments totaling $188.37 on the loan identified as "DIRECT STAFFORD SUBSIDIZED - Ottawa University - *****9898S11G01937003." The loan identified as "DIRECT STAFFORD SUBSIDIZED - Ottawa University - *****9898S11G01937003" was in forbearance for 90 months.

    II. I have been on a student loan repayment program.

    III. I have made good faith efforts to obtain and maintain employment in addition to maximizing income and minimizing expenses in order to pay as much as possible toward my student loan debt.

7. Some of the unsecured debts I owe and listed in Schedule E/F are student loans owing to Defendant, the Department of Education. With accumulated interest, Defendant claims that the amount that was owed on the student loans when this case was filed was $30701.34.

8. The Defendant, the Department of Education, is responsible for the overall operation of the guaranteed federal student loan program.

WHEREFORE, I, the Debtor, request that this Court enter an Order declaring my student loan debt to be dischargeable in this case.

Date: 06/25/2025

Respectfully filed,

*Victoria A. Neeley*

Victoria Ann Neeley

Pro Se Plaintiff

1612 Date Street Apartment B, Vancouver, WA 98661

tori.neeley78@gmail.com

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court
## **WESTERN** District Of **WA**

In re __VICTORIA ANN NEELEY__,  ) Case No. _____
      Debtor ) 
) Chapter __7__
__VICTORIA ANN NEELEY__ )
      Plaintiff )
)
v. ) Adv. Proc. No. _____
United States Department of Education, )
      Defendant )

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: **UNITED STATES COURTHOUSE 1717 PACIFIC AVENUE TACOMA, WA 98402-3234**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: VICTORIA ANN NEELEY (PRO SE PLAINTIFF) 1612 DATE STREET APARTMENT B, VANCOUVER, WA 98661 TORI.NEELEY78@GMAIL.COM

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____ By: _____ (Deputy Clerk)

*0101BEV52AIQPUY* CCM.M72.BEV52.R250701

# Social Security Administration
# Benefit Verification Letter

Date: July 1, 2025
BNC#: 25UP735K21775
REF: A, DI

VICTORIA ANN NEELEY
1612 DATE ST APT B
VANCOUVER WA 98661-5265

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2024, the full monthly Social Security benefit before any deductions is $1,767.90.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,767.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on March 1, 2014.

**Information About Past Social Security Benefits**

From March 2024 to November 2024, the full monthly Social Security benefit before any deductions was $1,724.80.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,724.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

See Next Page

**Medicare Information**

You are entitled to hospital insurance under Medicare beginning August 2016.

You are entitled to medical insurance under Medicare beginning February 2018.

Your Medicare number is 9T74C28GE99. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

**Date of Birth Information**

The date of birth shown on our records is November 10, 1978.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-605-8967**.

>  SOCIAL SECURITY
>  SUITE 500
>  805 BROADWAY ST
>  VANCOUVER WA 98660

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

B1040 (FORM 1040) (12/15)

FILED
Western District of Washington
at Tacoma

JUL 0 3 2025

GINA ZADRA WALTON, CLERK
OF THE BANKRUPTCY COURT

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>VICTORIA ANN NEELEY | **DEFENDANTS**<br>Department of Education |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☑ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF STUDENT LOAN UNDER THE 'UNDUE HARDSHIP' PROVISION SET OUT IN 11 U.S.C. § 523(A)(8)

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
[1] 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

Case 25-04048-MJH    Doc 1    Filed 07/03/25    Ent. 07/03/25 13:54:00    Pg. 7 of 8

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>VICTORIA ANN NEELEY | BANKRUPTCY CASE NO. |||
| DISTRICT IN WHICH CASE IS PENDING<br>WESTERN DISTRICT OF WASHINGTON | DIVISION OFFICE<br>NO DIVISION || NAME OF JUDGE |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF<br>Victoria Ann Neeley | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE || NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>Victoria A. Neeley ||||
| DATE<br>6/25/2025 || PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Victoria Ann Neeley ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.