The Honorable Mary Jo Heston

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re:

VICTORIA ANN NEELEY,

                  Debtor.

Bankr. No. 25-41596-MJH

VICTORIA ANN NEELEY,

                  Plaintiff,

        v.

UNITED STATES DEPARTMENT OF
EDUCATION,

                  Defendant.

Adv. Proc. No. 25-04048-MJH

STIPULATED NOTICE OF DISMISSAL

Under Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Victoria Ann Neeley and Defendant United States Department of Education stipulate to the dismissal of this adversary proceeding in its entirety, without prejudice and without an award of costs or attorney fees to any party. Plaintiff received a Total and Permanent Disability discharge for all the student loans addressed in this adversary proceeding, so her claims have become moot.

STIPULATED NOTICE OF DISMISSAL
(A25-04048-MJH) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 10th day of February 2026.

Respectfully submitted,

s/ Victoria Ann Neeley
Victoria Ann Neeley, *Pro Se*
1612 Date Street, Apt. B
Vancouver, Washington 98661
Email: Tori.Neeley78@gmail.com

*Pro Se Plaintiff*

s/ Kyle A. Forsyth
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-2422
Email: kyle.forsyth@usdoj.gov

*Attorney for the United States*

STIPULATED NOTICE OF DISMISSAL
(A25-04048-MJH) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 25-04048-MJH   Doc 10   Filed 02/10/26   Ent. 02/10/26 14:54:43   Pg. 2 of 2